**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7112**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JERMAINE PIERRE THOMAS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:02-cr-00009-F-1)

Submitted:  September 30, 2010     Decided:  October 12, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermaine Pierre Thomas, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Pierre Thomas appeals the district court's order denying his motion for reconsideration of that court's denial of his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Thomas, No. 7:02-cr-00009-F-1 (E.D.N.C. July 12, 2010); see United States v. Goodwyn, 596 F.3d 233 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED